FILED

2014 DEC 10 A 11: 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GEORGE MAY,

PLAINTIFF

VS.

CASE NO:

GTECH S.p.A., A/K/A GTECH
CORPORATION, INC., INTERNATIONAL
GAME TECHNOLOGY, INC., MGM
RESORTS INTERNATIONAL, INC.,
ARAB BANK GROUP, INC., ARAB
BANK PLC, NEW YORK, NEW YORK,
DUBAI WORLD CORPORATION, MGM
MIRAGE, INC., JOINTLY AND
SEVERALLY ET. AL.

CA 14 - 528 L

DEFENDANt'S

VERIFIED COMPLAINT

GEORGE MAY, PLAINTIFF VERIFIED COMPLAINT, REQUEST FOR
ORDER, SHOW CAUSE ORDER, TO HONORABLE JUDGE WILLIAM E.
SMITH FOR A EMERGENCY MOTION, ORDER FOR REPLEVIN,
DETINUE, WRIT ORDER TO SEIZE MONEY, PROPERTY, STOCK,
TREASURY SHARES, RETURN OF TRADE SECRETS OWNED BY
GEORGE MAY, PLAINTIFF, PURSUANT TO UCC LIEN LAW ARTICLE
9, CONTRACT LAW, OWNED BY GEORGE MAY, PLAINTIFF
PURSUANT TO UCC ARTICLE 8,9, FEDERAL RULE OF CIVIL
PROCEDURE 64, RHODE ISLAND CRIMINAL STATUTES §11-41-1
ET. SEQ., 18 U.S.C. §2,§3,§4, §371, §1831, §1832, §1030
(g), FOR GRAND THEFT BY THE DEFENDANT'S HEREIN.

GEORGE MAY, PLAINTIFF brings this Verified Complaint, Writ, Action, Order, Show Cause Order to recover possession of money, personal property, pursuant to UCC Lien Law Article 8,9, Federal Rule of Civil Procedure 64, Rhode Island Criminal Statutes §11-41-1 Et. Seq., 18 U.S.C. §2,§3, §4, §371, §1831, §1832, §1030(g), USTA, Contract Law, Common Law of Grand Theft, in support of this Complaint, Request states:

1. The United States District Court has Jurisdiction over

-1-

United States of America Constitution, UCC Article 8,9, Federal Rule of Civil Procedure 64, Road Island Criminal Statutes §11-41-1 Et. Seq., 18 U.S.C. §2,§3,§4, §371, The New Economic Espionage Act, 18 U.S.C. §1831, §1832, based on the value of the personal property claimed being:

> The Sum Certain of $3.6 Billion Dollars, plus Interest from July 15, 2004, at the Statutory Rate until paid.

2. Venue is proper as the defendant's resides, are located in this County, and all acts pertaining to George May, plaintiff claim identified in this verified complaint took, are taking place in this County, and are now Taking place in Providence Rhode Island, and at Computershare Investors Service PLC., The defendant's named herein along with others known, and unknown did, are unlawfully, willfully and knowingly combine, conspire, confederate and agree with each other to: Commit Grand Theft of George May Plaintiff Trade Secrets, Refuse to pay for George May, plaintiff Trade Secrets, Contracts, by fraud, trick, deceit.

3. A complete list and valuation of the personal property money claimed by George May, plaintiff is attached to this complaint marked as Exhibit "A".

4. George May, plaintiff is the owner of the property, contract, nomey claimed and is entitled to possession of

his, the money, property, Trade Secrets, Contracts, Assets, Stock, Treasury Shares because the before mentioned herein United States of America Constitution, State, Federal Laws before mentioned herein prohibit the taking, Grand Theft of George May, plaintiff, property, contracts, Trade Secrets before mentioned herein by the defendant's without payment, George May, plaintiff interest in such property, Trade Secrets, is based upon a written instrument, continuing contract, continuing debt owed by the defendant's, those in continuing conspiracy GTECH S.p.A., A/K/A GTECH Corporation, Inc., International Game Technology, Inc., Arab Bank Group, Inc., Arab Bank PLC, New York, New York, MGM Resorts International, Inc., pursuant to the before mentioned herein State, Federal Laws. <u>Sachs v. Cluett, Peabody & Co., Inc., 31 N.Y.S. (2d), 718 (Sup. Ct. 1941): Smith v. Dravo Corp. 203 F2d 369, 97 U.S.P.Q. (BNA) 98 (7th Cir. 1953); Pennzoil Co. v. Texaco, Inc., 481 U.S. 1,4, (1987)</u>. in which the defendant's herein have breached, defaulted on their UCC Article 9 contract attached herein owned by George May, plaintiff.

5. George May, plaintiff property, money, Trade Secrets, payment on George May UCC Lien, Continuing Contract for payment to George May, plaintiff is wrongfully being detained by the defendant's before mentioned herein, George May right to possession.

6. The means by which the defendant's before mentioned herein came into possession of George May, plaintiff property, Money, Contracts, Trade Secrets, and the specific facts constituting detention against the right of George May, plaintiff to possession are as follows:

> The defendant's before mentioned herein used Trick, Deceit, to commit Grand Theft of George May, plaintiff Trade Secrets, then defaulted on their Contracts to pay George May Trade Secrets made by their contracts.

The defendant's herein then used George May, plaintiff Trade Secrets, Contracts to sell their stock on the New York Stock Exchange, market their businesses for Billions of Dollars in unlawful profits.

7. To the best of George May, plaintiff knowledge, information, belief the defendant's before mentioned herein business address is 10 Memorial Blvd., Providence Rhode Island, Computershare Investor Services, Providence RI.

8. To the best of George May, plaintiff knowledge, information, belief the, his property, money, Trade Secrets belonging to George May at issue is located at the following address: 10 Memorial Blvd., Providence Rhode Island.

9. George May, plaintiff has made demand upon all the defendant's before mentioned herein for return of George May, plaintiff money, property, Trade Secrets, pursuant to the before mentioned herein Laws, UCC Lien Law Article 9,

-4-

Attached herein is the demand, request for payment to George May, plaintiff, Certified by the U.S. District Court Clerk, George May, plaintiff has not received the, his property, money, his Trade Secrets from the defendant's before mentioned herein despite such demand and continues to be deprived of George May, plaintiff use and enjoyment of his money, Trade Secrets, property by the defendant's before mentioned herein.

10. George May, plaintiff money, property, Trade Secrets has not been taken for a tax assessment or a fine pursuant to statute.

11. Pursuant to Federal Rule of Civil Procedure 64, UCC Lien Law Article 9, George May, plaintiff is entitled to an immediate Order of this Honorable Court, Judge directing the defendant's before mentioned herein to pay George May, plaintiff his money, property, Trade Secrets, Contracts listed herein, or for a Order to seize the money, assets, Stocks, Treasury Shares, Bank Accounts of the defendant's before mentioned herein for payment to George May, plaintiff, including interest, damages for the wrongful detention.

WHEREFORE, George May, plaintiff respectfully requests the following relief:

1. That this Honorable Court, Judge William E. Smith issue a _        Order to Show Cause directed to the defendant's before mentioned herein to Show Cause why

the money, property, Trade Secrets, owned by George May, plaintiff should not be taken from the sale of the defendant's Stock, Assets, Bank Accounts, Treasury Shares, and immediately delivered to George May, plaintiff.

2. That this Honorable Court, Judge William E, Smith issue a ____ Order seizing the money, Assets, Stock, Bank Accounts, Treasury Shares from the defendant's before mentioned herein and immediately delivering the money, Assets, Bank Accounts, Treasury Shares of the defendant's before mentioned herein and immediately delivering the money, Assets, Bank Accounts, Treasury Shares to George May, plaintiff, as required by UCC Lien Law Article 8,9, Federal Rule of Civil Procedure 64, the before mentioned herein State, Federal Laws,

3. That this Honorable Court, Judge William E. Smith issue a Court award to George May, plaintiff Court Costs, Attorney Fee's (if any), plus such other relief as is Just and proper pursuant to the before mentioned herein Laws.

I George May, plaintiff swear/affirm under Oath that I have read the foregoing complaint, request for Order, Request for Seizure and Delivery to George May, plaintiff his money before mentioned herein, Request for Replevin, Detinue, Show Cause, and that my statements set forth herein are true and correct to the best of my knowledge.

I George May, plaintiff hereby Certifies, Verifies, Declares under the penalty of perjury under the Laws of the United States of America that the foregoing is true and correct, and that the foregoing is made to the best of my personal knowlege, and is made in good faith.

Respectfully submitted

George May, plaintiff
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
Ph./Fax. 561-290-4384